PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District _EASTERN_ |
|---|---|
| Name _KENNETH J. WEST_ | Prisoner No. _BH0941_    Case No. _1:22-CV-00172-BAK_ |
| Place of Confinement _CENTINELA STATE PRISON, PO BOX 931, IMPERIAL, CA. 92251_ | "_FIRST AMENDED PETITION_" |
| Name of Petitioner (include name under which convicted) _KENNETH J. WEST_ | Name of Respondent (authorized person having custody of petitioner) v. _ATTORNEY GENERAL OF THE STATE OF CALIFORNIA._ |
| The Attorney General of the State of: _CALIFORNIA_ ||

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO, 1100 VAN NESS AVE FRESNO, CA 93724_

2. Date of judgment of conviction _MAY 21, 2018      CASE # F15904838_

3. Length of sentence _165 YEARS TO LIFE_

4. Nature of offense involved (all counts)

   _288(A) COUNTS 1, 2, 4-13          COUNTS 1 & 2 ON CV3_
   _288(C) COUNTS 14 & 16             COUNTS 4-9 ON CV2_
   _= 13 COUNTS IN ALL                COUNTS 10-12 & 14, 16 ON CV1_

5. What was your plea? (Check one)
   (a) Not guilty   ☒
   (b) Guilty   ☐
   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   _N/A_

   **FILED MAR 15 2022**
   CLERK U.S. DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
   BY_____ DEPUTY CLERK

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury   ☒
   (b) Judge only   ☐

   **RECEIVED MAR 15 2022**
   CLERK, U.S. DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
   BY_____ DEPUTY CLERK

7. Did you testify at the trial?
   Yes ☒   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

9. If you did appeal, answer the following:

   (a) Name of court __COURT OF APPEAL, FIFTH APPELLATE DISTRICT__

   (b) Result __DENIED        CASE # F077999__

   (c) Date of result and citation, if known __NOT KNOWN  DEC 2020__

   (d) Grounds raised __IN-EFFECTIVE TRIAL COUNCIL AND GROSS SENTENCING AND STATUE OF LIMITATIONS__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __SUPREME COURT OF CALIFORNIA__

   (2) Result __PETITION FOR REVIEW DENIED  CASE # F077999__

   (3) Date of result and citation, if known __FEB 24, 2021__

   (4) Grounds raised __IN-EFFECTIVE TRIAL COUNCIL AND GROSS SENTENCING AND STATUE OF LIMITATIONS__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court __N/A__

   (2) Result __N/A__

   (3) Date of result and citation, if known __N/A__

   (4) Grounds raised __N/A__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

(3)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☒

    (5) Result   N/A

    (6) Date of result   N/A

(b) As to any second petition, application or motion give the same information:

    (1) Name of court   N/A

    (2) Name of proceeding   N/A

    (3) Grounds raised   N/A

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☒

    (5) Result   N/A

    (6) Date of result   N/A

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.     Yes ☒   No ☐
    (2) Second petition, etc.     Yes ☒   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

    N/A

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: **Denial of Effective Assistance of Council. Denial of My Constitutional 6th Amendment Right.**

Supporting FACTS (state *briefly* without citing cases or law): **Please See Attachment (1A)**

B. Ground two: **Gross & Unfair Sentence imposed By Court. Denial of My Constitutional 8th Amendment Right.**

Supporting FACTS (state *briefly* without citing cases or law): **Court did not use its own discression @ sentencing. Court followed recommendation of Probation Dept. Report where I scored 0 on Static 99R. Court imposed override of statue of limitations on counts 1&2 on CV3, 4-9 on CV2. Court imposed inhancements on Counts 1&2, 4-12 According to 667.61. Court imposed unaffordable Bail of $1,875,000.00 & Restitution Fine of $20,000.00. Being able to keep working and pay for my own council would have changed outcome.**

(5)

Kenneth J West #BH0941
D3-103
Centinela State Prison
PO Box 931
Imperial, CA. 92251

CASE # 1:22-CV-00172-DAD-BAK

ATTACHMENT 1A     3/3/22

GROUND #1) Denial of Effective Assistance of Council, Denial of my Constitutional 6th Amendment Right.

FACTS:
- Council Refused to Supoena Witnesses important to Defense (Witnesses Mentioned in Police Reports)
- Council Called off Witnesses Set to Testify in the middle of Trial including my Investigator & my Wife.
- Council Refused to Impeach Witness that is a 2 Strike Felon & Charged with DUI Hit & Run Before Trial. Council Also Refused to Enter Picture Evidance that Would Discredit Witnesses Charater.
- Council Refused to use 2 Investigator Reports in Defenses Favor.
- Council Instructed Witness For Defense & Myself Not to Testify About Key Points that Would Have Changed outcome of Trial
- Council Refused to Object to Sentence or Restitution imposed.
- Council Refused to Bring Back Prosecution Witnesses that Were Excused From Coming Back After Thier initial Testamony that Discredits other Prosecution Witnesses And Police Reports AND Testamony Discrepencies Were Not Addressed to the Jury.
- I Entered 2 Marsden Motions on Council & Denied
- Bar Assc. Complaint #18-22014  7/18 Denied

C. Ground three: Denial to my Constitutional Rights According to 14th Amendment Denial of Equal Protection under the Law.

Supporting FACTS (state *briefly* without citing cases or law): This case was founded on no evidance scientific, no eye witnesses or otherwise to support any of the allegid complaints. These alligations span over a decade that supposedly went allegidly undetected in any way shape or form but yet I am serving 165 years to life for a crime I did not commit I ask to overturn this case in the

D. Ground four: interest of Justice on a Case with 0 evidance.

Supporting FACTS (state *briefly* without citing cases or law): I feel with all these facts I did not recieve a fair trial and I am intidled to one under the Constitution.
Please see Attachment 2A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐    No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing Scott Baly, County of Fresno Public Defenders Office, 2135 Fresno St, Suite 100 Fresno, CA. 93721-1718
    (b) At arraignment and plea Scott Baly, County of Fresno Public Defenders Office, 2135 Fresno St, Suite 100 Fresno, CA. 93721-1718

(6)

**ATTACHMENT QA**

**CASE# 1:22-CV-00172-DAD-BAK**

**TRANSCRIPT**

Judge Brian Alvarez Dept 20 in Fresno ca. page 204 on ~~strike~~ from superior court. He said I did tell counsel and I want to make it clear for the record, that I wont be here after May 23rd. I have pre-arranged out of state travel plans that I have to keep. So please lets conclude this by the23rd. I can tell the jury that at least and this would be most beneficial, at least to the court anyway.

So is this why witnesses on my behalf which I was told would testify only 3 got to testify. 7 others could have been called in to testify on facts ands were on the potential witness list that were not called in. Why? Because we were on a time limit for this case ?

James Corey testified he spoke to me at a park the day these accusations were made. He said I admitted to him I did it. I NEVER spoke to James not that day or any other day. I spoke to no one but my wife after I was accused. I told Scot Baly and he did nothing to prove I didnt talk to him. My wife could have told that I did not speak to him because she was there at the park. Scot Baly said my wife would not make a good witness, but she knew the Facts.

Why did Scott Baly tell me my wife should sell her stuff in storage and get on with her life before I went to trial. Isnt that him saying my own defense attorney telling me I am going to lose my case before it started?

So the judge asking for it to be over by the 23rd of May for vacation. I was found guilty May 21st 2018.

Thank You,
Respectfully,
Kenneth A West
Kenneth J. West #BH0941

1

(c) At trial SCOTT BALY, COUNTY OF FRESNO PUBLIC DEFENDERS OFFICE 2135 FRESNO ST. SUITE 100 FRESNO, CA. 93721-1718

(d) At sentencing SCOTT BALY, COUNTY OF FRESNO PUBLIC DEFENDERS OFFICE 2135 FRESNO ST. SUITE 100 FRESNO, CA. 93721-1718

(e) On appeal STEPHEN LATHROP, ATTORNEY - LAW OFFICES OF LATHROP & VILLA, 904 SILVER SPUR RD #430 ROLLING HILLS ESTATES, CA 90274

(f) In any post-conviction proceeding N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? NO
    Yes ☒   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: N/A

    (b) Give date and length of the above sentence: N/A

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐   No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

3/3/22
Date

[signature]
Signature of Petitioner